[No. 15390-4-II.   Division Two.   September 28, 1993.]

HERSHUL SWEET, ET AL, *Respondents*, v. VAN A. YOUNGQUIST, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-2-00902-6, Alan R. Hallowell, J., entered September 24, 1991. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 16412-4-II.   Division Two.   September 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ROWE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00039-1, Joel M. Penoyar, J., entered August 21, 1991. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 32755-1-I.   Division One.   October 4, 1993.]

DUANE HENSON, ET AL, *Respondents*, v. JAMES E. FORAN, ET AL, *Petitioners*.

JAMES E. FORAN, ET AL, *Petitioners*, v. DUANE HENSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-20080-5, Jerome M. Johnson, J., entered April 5, 1993. *Reversed* by unpublished per curiam opinion.